JOHN S. KELLNER, Appellant, v. FRANK LENAHAN & SONS, INCORPORATED,

Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.